IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICHAEL BLACK,                )
                              )
          Petitioner,         )
                              )
     v.                       )     No.  98 CR 434-9
                              )
UNITED STATES OF AMERICA,     )
                              )
          Respondent.         )

## MEMORANDUM ORDER

This Court has just received the most recent submission from Michael Black ("Black"), who continues his pro se post-conviction efforts to obtain relief from the 168-month sentence imposed by this Court some eight years ago (on June 6, 1999).[1] This time Black captions his submission "Petitioner's Writ of Audita Querela," hoping that his thus-labeled request will not run afoul of the prohibition against successive motions under 28 U.S.C. §2255.

But in doing so, even though Black says he recognizes the limitations on the issuance of such a writ (on that score he cites our Court of Appeals' affirmance of this Court's denial of the writ in United States v. Johnson, 962 F.2d 579 (7th Cir. 1992)), he impermissibly attempts to use that vehicle to urge the

---

[1] See this Court's memorandum orders of July 6, 2000 (followed by this Court's August 17, 2001 statement as to why no certificate of appealability should issue and our Court of Appeals' denial of a like request on December 27, 2001), November 12, 2003, January 29, 2004, February 11, 2004 (affirmed by our Court of Appeals on November 30, 2004), March 10, 2004, May 13, 2004, August 16, 2005, March 27, 2007 and April 30, 2007.

retroactivity of United States v. Booker, 543 U.S. 220 (2005) and Crawford v. Washington, 541 U.S. 36 (2004) to invalidate his conviction and sentence.  That approach cannot prevail, and Black's current petition is denied.

                                    _____
                                    Milton I. Shadur
                                    Senior United States District Judge

Date:  June 19, 2007