IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff-Appellee, ) | |
| ) | |
| v. ) | No. 98 CR 434-9 |
| ) | |
| MICHAEL BLACK, ) | |
| ) | |
| Defendant-Appellant. ) | |

MEMORANDUM ORDER

Michael Black ("Black") continues to pursue post-sentencing relief that this Court has been constrained to deny on a repeated basis--this time he tenders two pro se submissions captioned "Petitioner's Motion To Clarify All Matters Before the Honorable Milton I. Shadur" and "Petitioner's Addendum to Original Motion To Set Aside Judgment Pursuant to Rule 60(b)(6)." As much sympathy as this Court has for Black's distressing physical ailments, it simply cannot fit the granting of relief against the Bureau of Prisons within the framework of this criminal case. This Court has told Black so several times in several different ways, but he simply does not listen.

No view is expressed here as to whether Black may be able to stake out a claim in some other fashion and in some other forum. But as to this one, unlike the common phrase "Enough is enough," here "Enough is too much."

_____
Milton I. Shadur
Senior United States District Judge

Date: August 20, 2007