IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,           )
                                    )
    Plaintiff-Appellee,           )
                                    )
v.                                  )   No. 98 CR 434-9
                                    )   (USCA No. 07-2764)
MICHAEL BLACK,                      )
                                    )
    Defendant-Appellant.          )

MEMORANDUM ORDER

Michael Black ("Black") is indefatigable--this Court's secretary has noted that this memorandum order is now saved on her computer as "black30." This time Black's attack on his 1999 sentence seeks to invoke Fed. R. Civ. P. 60(b)(4)[1] on the premise that the sentence was void because (copied verbatim):

> 18 U.S.C. §3553 bestowed no statutory Authority on the District Court, the court's Judgment and Commitment Order were issued without Jurisdiction over the Subject Matter.

Black is simply wrong. It is difficult to maintain patience with his persistent refusal to give heed to the repeated explanations by this Court in its earlier opinions. This current motion is denied.

                                        _____
                                        Milton I. Shadur
                                        Senior United States District Judge

Date: October 11, 2007

---

[1] Black's heading of his current motion refers to that rule as "Rule 60(b)(4) of the Federal Rules of Criminal Procedure," but both Black's case caption and the text of his motion correctly speak of the Rules of Civil Procedure.