IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff-Appellee, ) | |
| ) | |
| v. ) | No. 98 CR 434-9 |
| ) | (USCA No. 07-2764) |
| MICHAEL BLACK, ) | |
| ) | |
| Defendant-Appellant. ) | |

MEMORANDUM ORDER

Michael Black ("Black") continues to abuse the judicial system with an endless barrage of groundless filings--most recently, his Motion for Reconsideration (again!) that was filed October 30. This Court has sought to be most patient in explaining to Black why he is not entitled to judicial relief, issuing memorandum order after memorandum order and opinion after opinion to do so. This time the current motion is simply denied out of hand.

_____
Milton I. Shadur
Senior United States District Judge

Date: November 6, 2007