IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,          )
                                   )
    Plaintiff-Appellee,             )
                                   )
v.                                 )   No.  98 CR 434-9
                                   )   (USCA No. 07-2764)
MICHAEL BLACK,                     )
                                   )
    Defendant-Appellant.            )

## MEMORANDUM

Although this number may well represent an understatement, this Court's secretary's records reflect that this is the 33rd memorandum order or memorandum opinion and order that this Court has been compelled to issue to deal with the repeated and groundless filings by Michael Black ("Black"). Just after this Court issued its 32nd memorandum order on November 14, telling Black in no uncertain terms "No more!," Black has tendered still another thick filing captioned "Motion To Request Judical Notice in the Nature of Rule 201(d) of the Federal Rules of Evidence & To Dismiss for Want and Lack of Subject matter Jurisdiction," coupled with a six-page purported "Statement of Facts."

This Court denies this most recent motion by Black out of hand on grounds of its frivolousness. And it is further recommended to this District Court's Executive Committee that no further filings be accepted from Black except on such limited conditions as are typically included in such orders as to overly

frequent frivolous filers.[1]

                              /s/ Milton I. Shadur
                              _____
                              Milton I. Shadur
                              Senior United States District Judge

Date:   November 21, 2007

---

[1] This Court recognizes that Black's condition is a pitiable one--he was permanently and severely injured (and substantially paralyzed) as the result of a shooting by another person engaged (as Black was) in the drug trade. Contemporaneously with Black's current filing he sent the attached letter to this Court--a letter that surely evokes sympathy and that may give some clue to Black's persistency. But that does not justify his multiple groundless filings, and hence this Court is making the recommendation to the Executive Committee described in the text.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS


Michael Black
Reg. No. 11354-424
P.O. Box 879
Ayer, MA. 01432

November 15, 2007

U.S. District Court
219 South Dearborn Street
Chicago, Illinois 60604
Honorable, Milton I. Shadur


Dear, Judge Shadur.

I know that by law you do not have to reply to this letter, nor do I respectfully ask that you reply. All that I ask is that you read it, and do not throw it in the trash before reading it.

Your first opinion of me is right. I have been in trouble all my life. before the age of 12 I had 3 heroin convictions. I was made a ward of the state, and taken from my mother, and place in a home for boys, because at age 9 I was a member of the Young Boys Inc., a drug gang that sold heroin on the streets of Detroit.

When I got released, it was the same thing. My house was still a shoot up house for junkies, my mother still had the same old boyfriend, who was one of the coldest junkies you want to run into it, they did anything for it.

Many times I had to help put him or one of his friends into

the bathtub, and ran to go get some ice, because one of them had "over dosed", or take a needle out of some part of their bodies. I was doing this at 8 or 9 years of old.

So, growing up, anything you can think of, I have done it, or seen it, or been a part of it in some kind of way.

In Chicago I was shot 11 times, all at once, I had been on the west side of Chicago only twice, and the third time is when I was shot, it was three of us, I was the only one that lived, the gangs had my two friends killed, Melvin Harris and Jamar Parker. Jamar was shot one time in the head and two times in the back, Melvin Harris was shot two times in the head, both of them died right there, I made it, but I was shot 11 times.

But I tell you only the true, and I am sure you can smell a lie a mile away!

I have seen things in our Federal System, that surpass anything that I have seen in my life, or anything that I have ever done.

I have seen crimes committed against other human beings, with no punishment. "And I am not talking about myself", I can fight back with a pen but, many others can not, and this has been my defense, because some one will one day question this wrong.

Judge Shadur, as I said, I have been into ~~any~~ *All* kinds of bad spots a person can ever be in, but here I do not have the education nor

the health on my side.

However, I do not care how bad you talk about my motions, or how stupid they are to you. Long as I know, I am doing my best to get myself out of here.

I am sure you are thinking "well you should not get yourself into it", and you are 100% right! but, your Honor I don't know what a good day is, because I have never seen one. But I will continue fighting for one.

Respectfully:

*Michael Black*

Michael Black 11354-424
P. O. Box 879
Ayer, Massachusetts 01432